# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

GEORGE SANTINI, JR.,

PLAINTIFF,

v.

ANDREW SAUL

DEFENDANT.

CASE NUMBER
20cv0773-RBB

**ORDER RE REQUEST TO PROCEED**
*IN FORMA PAUPERIS*

**IT IS ORDERED** that the Request to Proceed *In Forma Pauperis* is hereby GRANTED.

4/27/20
Date

*/s/ Ruben Brooks/*
United States Magistrate Judge

**IT IS RECOMMENDED** that the Request to Proceed *In Forma Pauperis* be **DENIED** for the following reason(s):

☐ Inadequate showing of indigency
☐ Legally and/or factually patently frivolous
☐ Other: _____
☐ District Court lacks jurisdiction
☐ Immunity as to _____

Comments:

_____
Date

_____
United States Magistrate Judge

**IT IS ORDERED** that the Request to Proceed *In Forma Pauperis* is hereby:

☐ GRANTED
☐ DENIED (see comments above). IT IS FURTHER ORDERED that:
  ☐ Plaintiff SHALL PAY THE FILING FEES IN FULL within 30 days or this case will be dismissed.
  ☐ This case is hereby DISMISSED immediately.
  ☐ This case is hereby REMANDED to state court.

_____
Date

_____
United States District Judge

**ORDER RE REQUEST TO PROCEED** *IN FORMA PAUPERIS*